FILED
U.S. DISTRICT COURT
[...] DIV.
2009 JUL 13 PM 2:52
CLERK [...]
SO. DIST. OF GA.



**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA AUGUSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DONNELL KELLEY | ) | CASE NO. CR189-00031-009 |

## ORDER

On June 23, 2008, the Court entered an Order denying Defendant's Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2). The Court denied the Motion because Defendant was attributed with more than 4.5 kilograms of cocaine base and, thus, ineligible for a reduction.

On July 29, 2008, Defendant filed a Motion for Reconsideration of the Court's Order dated June 23, 2008. The Court, for the same reason stated in its Order dated June 23, 2008, denied Defendant's Motion for Reconsideration.

On June 29, 2009, Defendant filed a Motion for Reconsideration of Two-Level Reduction in Light of Crack Cocaine Amendment 706 Material Finding of Racially Discriminatory Action of Guideline. Defendant was attributed with approximately 17 kilograms of cocaine base. Since Defendant was attributed with more than 4.5 kilograms of cocaine base, he is ineligible for a reduction. The Court also notes Defendant was sentenced pursuant to the 1988 edition of the Sentencing Guidelines and the highest base offense level for the Drug Quantity Table was 36. The 1989 edition of the Sentencing Guidelines, which was in effect at the time Defendant was sentenced but not used by the Court since it resulted in a harsher sentence, increased the highest base offense level for the Drug Quantity Table to 42, and Defendant's base offense level would have been 42 based on the quantity of cocaine base attributed to him. The current edition of the Sentencing

Guidelines sets the highest base offense level for the Drug Quantity Table at 38; therefore, Defendant's total offense level, when considering the 2008 edition of the Sentencing Guidelines, would be 40 and his imprisonment range would be 292 to 365 months.

Notwithstanding Defendant's ineligibility for a sentence reduction, the Court, after carefully considering the sentencing factors set forth in 18 U.S.C. § 3553(a), would not reduce Defendant's sentence even if he was eligible for a reduction based upon his egregious conduct.

**SO ORDERED**, this ___ day of July, 2009.

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

SERVED:

Donnell Kelley

Fed Prison Camp

P O Box 5000

Florence, Co 81226

CASE NO: 1: 89-CR-031

DATE SERVED: 7/17/09

SERVED BY: lf

___✓___ MINUTES
_____ MAGISTRATE JUDGE
_____ DISTRICT JUDGE
_____ U.S. ATTORNEY
___✓___ U. S. ~~PTS/~~PROBATION
_____ U. S. MARSHAL
___✓___ U.S. ATTY ~~COLLECTIONS~~
_____ OFFICE OF STAFF JUDGE ADVOCATE
_____ COURTROOM DEPUTY FOR DISTRICT JUDGE
_____ COURTROOM DEPUTY FOR MAGISTRATE JUDGE